### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANNY F. LANE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV241 |
| | ) | |
| V. | ) | |
| | ) | |
| **NASH FINCH COMPANY, a** | ) | ORDER |
| **corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Unopposed Motion to File Exhibits with Restricted Access (filing 14).  The motion will be granted.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to File Exhibits with Restricted Access (filing 14) is granted;

2. The Clerk of Court shall restrict access to the Affidavit of Danny Lane, including Exhibits A-T (filing 12), to the court, the parties and counsel of record in this case.

**DATED August 4, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**